UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDY AQUINO,

    Plaintiff,

-against-

JOSEPH'S AUTO CENTER, INC., et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/19

18-CV-2009 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that no action has taken place in this case since May 6, 2019, when the Court issued an Order (Dkt. No. 47) extending defendants' time to produce an employee list for the purpose of notifying putative plaintiffs of their right to join this action, it is hereby ORDERED that, no later than **January 3, 2020**, plaintiffs shall file a status letter updating the Court on the present status of the case.

Failure to comply with the above order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
       December 27, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**